W. HUDSON STEPHENS, as Executor, etc., Respondent, *v.* RUFUS
B. WAITE, Appellant.

(Argued February 2, 1881; decided March 1, 1881.)

THE questions presented were principally as to the findings
of facts.   The court held that there was evidence tending to
sustain the findings which were, therefore, conclusive here.

*L. J. Dorwin* for appellant.

*C. D. Adams* for respondent.

FINCH, J., reads for affirmance.
All concur.
Judgment affirmed.

---

JOHN SWENARTON et al., Appellants, *v.* MARY HANCOCK et al.,
Respondents.

(Submitted February 8, 1881; decided March 1, 1881.)

REPORTED below (22 Hun, 38).   Decided upon the facts in
the case.

*Man & Parsons* for appellant Swenarton.

*Jeremiah S. Black & Thomas W. Bartley* for appellant
Hutton.

*William H. Taggard* for respondent Locke.

*Rufus L. Scott & Edwin G. Davis* for respondent Walsh.

*James W. Field* and *Kissam & Embury* for respondents
Thacher *et al.*

*Amos G. Hull* for respondents Allen *et al.*

*Chilion B. Allen* for other respondents.

DANFORTH, J., reads for affirmance.
All concur, except RAPALLO, J., absent.
Judgment affirmed.